John BUFF, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 95673.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 30, 2011.

Application for Transfer to Supreme Court
Denied
Oct. 27, 2011.

Application for Transfer Denied
Dec. 20, 2011.

Gary E. Brotherton, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Jamie P. Rasmussen, Asst. Atty. Gen., for respondent.

Before PATRICIA L. COHEN, P.J., LAWRENCE E. MOONEY, J., and GEORGE W. DRAPER III, J.

## ORDER

PER CURIAM.

John Buff appeals the motion court's denial of his motion to reopen post-conviction proceedings. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 84.16(b)(5).